THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY FERENCZ, on her own behalf and on behalf of other similarly situated persons,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL CLINIC CONSULTANTS LLC, a Hawaii company doing business as UNIVERSAL MEN'S CLINIC,<br><br>　　　　　Defendant. | Case No. 2:13-CV-0537-RSM<br><br>**RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, through her respective attorneys of record, hereby submits this Notice of Voluntary Dismissal Without Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

SUBMITTED: April 2, 2013.

*/s/ Donald W. Heyrich*
Donald W. Heyrich, WSBA No. 23091
*/s/ Daniel Kalish*
Daniel Kalish, WSBA No. 35815
HEYRICH KALISH MCGUIGAN PLLC
1325 Fourth Avenue, Suite 540
Seattle, WA 98101
Telephone: 206-838-2504
Facsimile: 206-260-3055
E-Mail: dheyrich@hkm.com
　　　　　dkalish@hkm.com

RULE 41(a)(1)(A)(i) NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE
(Case No. 2:13-CV-0537-RSM)

HEYRICH KALISH MCGUIGAN PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504